UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Thaddeus Bania,	Civil 10-2212 SRN/FLN

    Petitioner,

v.	**ORDER**

Federal Bureau of Prisons,
Wedny Roal, et al.,

    Respondents.

_____

Based upon the Report and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 24, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. §2241, [ECF Entry #1] is DENIED; and

2. This action is DISMISSED WITH PREJUDICE.


DATED: March 11, 2011         s/ Susan Richard Nelson
at St. Paul, Minnesota         SUSAN RICHARD NELSON
                                     United States District Court Judge